```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 21058
   CATHY MARIA CRAYTON GRAY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8292

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/25/2005 and was confirmed 07/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.83% from remaining funds.

     The case was paid in full 06/26/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  UNSECURED           128.11          .00            31.81
INTERNAL REVENUE SERVICE  PRIORITY           1288.59          .00          1288.59
PORTFOLIO ACQUISITIONS L  UNSECURED          2267.08          .00           562.98
CAPTAL ONE                UNSECURED         NOT FILED         .00              .00
CAPTAL ONE                UNSECURED         NOT FILED         .00              .00
CAPTAL ONE                UNSECURED         NOT FILED         .00              .00
CITY OF CHICAGO PARKING   UNSECURED          2515.00          .00           624.55
ARNOLD SCOTT HARRIS       NOTICE ONLY      NOT FILED          .00              .00
PREMIER BANCARD CHARTER   UNSECURED OTH      481.51           .00           119.69
ECAST SETTLEMENT CORP     UNSECURED         1198.54           .00           297.63
HOUSEHOLD BANK GM CARD    NOTICE ONLY      NOT FILED          .00              .00
JC CHRISTENSEN & ASSOC    UNSECURED         NOT FILED         .00              .00
FINGERHUT                 UNSECURED          205.55           .00            51.04
NORTHWESTERN MEDICAL FAC  UNSECURED         NOT FILED         .00              .00
RPM                       NOTICE ONLY      NOT FILED          .00              .00
NORTHWESTERN MEDICAL FAC  UNSECURED         NOT FILED         .00              .00
NORTHWESTERN MEMORIAL HO  UNSECURED         NOT FILED         .00              .00
RESURGENT ACQUISITION LL  UNSECURED          2487.46          .00           617.71
ISAC                      UNSECURED         20239.03          .00          5025.96
SBC                       UNSECURED         NOT FILED         .00              .00
SOUTHWEST CREDIT          NOTICE ONLY      NOT FILED          .00              .00
ERNESTO D BORGES JR       DEBTOR ATTY       1,985.00                       1,985.00
TOM VAUGHN                TRUSTEE                                            627.04
DEBTOR REFUND             REFUND                                             423.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  11,655.00

PRIORITY                                      1,288.59
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 21058 CATHY MARIA CRAYTON GRAY

```
SECURED                                                            .00
UNSECURED                                                     7,331.37
ADMINISTRATIVE                                                1,985.00
TRUSTEE COMPENSATION                                            627.04
DEBTOR REFUND                                                   423.00
                                   ----------------    ----------------
TOTALS                                   11,655.00           11,655.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```